```
DANIEL J. BRODERICK, #89424
Federal Defender
CARO MARKS, Bar #159267
Senior Litigator
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
JAMES DONALD URQUHART
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR-S-09-176 LKK |
| Plaintiff, | ) |
| | ) ORDER AFTER HEARING |
| v. | ) |
| JAMES DONALD URQUHART, | ) |
| Defendant. | ) |
| _____ | ) |

    This matter came on calendar for a status conference hearing on February 2, 2010, in the courtroom of the Honorable Lawrence K. Karlton, Senior Judge. Assistant United States Attorney Michael Anderson appeared on behalf of the United States of America. Assistant Federal Defender Caro Marks appeared on behalf of Defendant James Donald Urquhart, who was present in court and in custody.

    Defense counsel requested a continuance to allow her time to research the defendant's criminal history. Specifically, counsel needs time to request and obtain a certified copy of his criminal record, as well as particular documents related to specific prior offenses. These

are necessary in order for her to ascertain the correct base offense level under the federal sentencing guidelines, enabling counsel to effectively advise the defendant of any prison exposure he might be facing.

Both parties stipulated to continue the matter for a status conference on March 2, 2010. The parties also stipulated to excluding time under the Speedy Trial Act pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv), and Local Code T4, for counsel preparation, from February 2, 2010, up to and including March 2, 2010.

**Good cause appearing therefor**,

A status conference is set for March 2, 2010 at 9:15 a.m. in Courtroom 4 before Senior Judge Lawrence K. Karlton.

**IT IS FURTHER ORDERED** that pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv), and Local Code T4, the period from February 2, 2010, up to and including March 2, 2010, is excluded from the time computations required by the Speedy Trial Act due to counsel preparation.

Dated:    February 8, 2010

_/s/ Lawrence K. Karlton_
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT