DANIEL J. BRODERICK, #89424
Federal Defender
CARO MARKS, Bar #159267
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JAMES DONALD URQUHART

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-09-176 LKK |
| Plaintiff, | ) | |
| | ) | ORDER AFTER HEARING |
| v. | ) | |
| | ) | |
| JAMES DONALD URQUHART, | ) | |
| Defendant. | ) | |
| _____ | ) | |

    This matter came on calendar for a status conference hearing on March 23, 2010, in the courtroom of the Honorable Lawrence K. Karlton, Senior Judge.  Assistant United States Attorney William Wong appeared on behalf of the United States of America.  Assistant Federal Defender Caro Marks appeared on behalf of Defendant James Donald Urquhart, was present in custody.

    Defense counsel requested that this matter be set for further status conference on April 27, 2010 at 9:15 am.

    The parties agreed on the need for additional time to allow time for defense preparation.

1    **IT IS HEREBY ORDERED** that this matter be set for further status
2 conference on April 27, 2010 at 9:15 am..
3    **IT IS FURTHER ORDERED** that pursuant to 18 U.S.C. §3161 (h)(7)(A)
4 and (B)(iv), and Local Code T4, the period from March 23, 2010, up to
5 and including April 27, 2010, is excluded from the time computations
6 required by the Speedy Trial Act due to counsel preparation.
7 Dated: April 26, 2010

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT