DANIEL J. BRODERICK, #89424
Federal Defender
CARO MARKS, Bar #159267
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JAMES DONALD URQUHART

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR-S-09-176 LKK |
| Plaintiff, | ) |
| v. | ) ORDER AFTER HEARING |
| JAMES DONALD URQUHART, | ) |
| Defendant. | ) |
| _____ | ) |

    This matter came on calendar for a status conference hearing on April 27, 2010, in the courtroom of the Honorable Lawrence K. Karlton, Senior Judge. Assistant United States Attorney William Wong appeared on behalf of the United States of America. Assistant Federal Defender Tim Zindel appeared on behalf of Caro Marks who represents Defendant James Donald Urquhart, who was not present but waiver is on file.

    Defense counsel requested that this matter be set for further status conference on June 8, 2010, 2010 at 9:15 am.

    The parties agreed on the need for additional time to allow time for defense preparation.

1  **IT IS HEREBY ORDERED** that this matter be set for further status
2  conference on June 8, 2010 at 9:15 am..
3  **IT IS FURTHER ORDERED** that pursuant to 18 U.S.C. §3161 (h)(7)(A)
4  and (B)(iv), and Local Code T4, the period from
5  April 27, 2010, up to and including June 8, 2010, is excluded from the
6  time computations required by the Speedy Trial Act due to counsel
7  preparation.
8  Dated: April 30, 2010

```
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT
```