```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  CARO MARKS, Bar #159267
    Designated Counsel for Service
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

    Attorney for Defendant
 6  JAMES DONALD URQUHART
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR-S-09-176 LKK |
| | ) |
| Plaintiff, | ) |
| | ) ORDER AFTER HEARING |
| v. | ) |
| | ) |
| JAMES DONALD URQUHART, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

    This matter came on calendar for a status conference hearing on June 8, 2010, in the courtroom of the Honorable Lawrence K. Karlton, Senior Judge. Assistant United States Attorney William Wong appeared on behalf of the United States of America. Assistant Federal Defender Caro Marks appeared on behalf of Defendant James Donald Urquhart, who was present before the court.

    Defense counsel requested that this matter be set for further status conference on July 7, 2010, 2010 at 9:15 am.

    The parties agreed on the need for additional time to allow time for defense preparation, specifically, to allow the defense to condut a

1  forensic examination of the firearm at issue in the case.

2  **IT IS HEREBY ORDERED** that this matter be set for further status
3  conference on July 7, 2010 at 9:15 am..

4  **IT IS FURTHER ORDERED** that pursuant to 18 U.S.C. §3161 (h)(7)(A)
5  and (B)(iv), and Local Code T4, the period from June 8, 2010, up to and
6  including July 7, 2010, is excluded from the time computations required
7  by the Speedy Trial Act due to counsel preparation.
8  Dated: June 16, 2010

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT