1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  CARO MARKS, Bar #159267
   Designated Counsel for Service
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

   Attorney for Defendant
6  JAMES DONALD URQUHART

7
                    IN THE UNITED STATES DISTRICT COURT
8
                    FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10

11
   UNITED STATES OF AMERICA,        )  No. CR-S-09-176 LKK
12                                   )
                       Plaintiff,    )
13                                   )  ORDER AFTER HEARING
           v.                        )
14                                   )
   JAMES DONALD URQUHART,            )
15                                   )
                       Defendant.    )
16                                   )
   _____   )
17

18

19         This matter came on calendar for a status conference hearing on

20  July 20, 2010, in the courtroom of the Honorable Lawrence K. Karlton,

21  Senior Judge.  Assistant United States Attorney William Wong appeared

22  on behalf of the United States of America.  Assistant Federal Defender

23  Caro Marks appeared on behalf of Defendant James Donald Urquhart, who

24  was present before the court.

25         Defense counsel requested that this matter be set for further

26  status conference on September 8, 2010, 2010 at 9:15 am.

27         The parties agreed on the need for additional time to allow time

28  for defense preparation, specifically, to allow the defense to condut a

forensic examination of the firearm at issue in the case.

**IT IS HEREBY ORDERED** that this matter be set for further status conference on September 8, 2010 at 9:15 am..

**IT IS FURTHER ORDERED** that pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv), and Local Code T4, the period from July 20, 2010, up to and including September 8, 2010, is excluded from the time computations required by the Speedy Trial Act due to counsel preparation.


Dated: July 27, 2010


LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT