DANIEL J. BRODERICK, #89424
Federal Defender
CARO MARKS, Bar #159267
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JAMES DONALD URQUHART

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR-S-09-176 LKK |
| Plaintiff, | ) |
| v. | ) ORDER AFTER HEARING |
| JAMES DONALD URQUHART, | ) |
| Defendant. | ) |
| _____ | ) |

    This matter came on calendar for a status conference hearing on September 14, 2010, in the courtroom of the Honorable Lawrence K. Karlton, Senior Judge.  Assistant United States Attorney William Wong appeared on behalf of the United States of America.  Assistant Federal Defender Caro Marks appeared on behalf of Defendant James Donald Urquhart, who waiver of appearance is filed with the court.

    Counsel requested that this matter be set for further status conference on September 28, 2010, 2010 at 9:15 am. In the intervening time defense counsel will provide an forensic report to the government which may resolve the case.

1  The parties agreed on the need for additional time to allow time
2  for defense preparation, specifically, to allow the defense to conduct
3  a forensic examination of the firearm at issue in the case.
4  **IT IS HEREBY ORDERED** that this matter be set for further status
5  conference on September 28, 2010 at 9:15 am..
6  **IT IS FURTHER ORDERED** that pursuant to 18 U.S.C. §3161 (h)(7)(A)
7  and (B)(iv), and Local Code T4, the period from September 14, 2010, up
8  to and including September 28, 2010, is excluded from the time
9  computations required by the Speedy Trial Act due to counsel
10 preparation.
11 Dated: September 20, 2010

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT