BENJAMIN B. WAGNER
United States Attorney
WILLIAM S. WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2790

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR-S-09-176 LKK |
| Plaintiff, ) | |
| v. ) | ORDER RE: |
| JAMES DONALD URQUHART, ) | GOVERNMENT'S MOTION TO DISMISS |
| Defendant. ) | |

    Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States moves the Court for an order dismissing without prejudice the charges in the indictment against James Donald Urquhart.

    The government bases this motion on evidence and information obtained post-indictment.  Based on the results of investigation of information provided by defense counsel and followup investigation by government agents, the government believes that it would not be able to sustain its burden of proof beyond a reasonable doubt against Urquhart if this matter proceeded to trial.

    The government therefore requests that the Court grant its motion

to dismiss the charge against James Donald Urquhart.

>                    Respectfully submitted,
>
>                    BENJAMIN B. WAGNER
>                    United States Attorney
>
>           By:      /s/ William S. Wong
>                    WILLIAM S. WONG
>                    Assistant U.S. Attorney

___

### **ORDER**

Based on the government's motion, it is hereby ordered that the charge in the indictment against defendant James Donald Urquhart is dismissed without prejudice.

DATED: October 5, 2010

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT