UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

```
FILED
October 5, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> JAMES DONALD URQUHART, ) <br> ) <br> Defendant. ) | Case No. 2:09CR00176-01 <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  JAMES DONALD URQUHART , Case No. 2:09CR00176-01 , Charge  18 USC 922(g)(1) - Felon in Possession of a Firearm , from custody:

___ Release on Personal Recognizance

___ Bail Posted in the Sum of $___

___ Unsecured Appearance Bond

___ Appearance Bond with 10% Deposit

___ Appearance Bond with Surety

___ Corporate Surety Bail Bond

✔ (Other)   The Government's Motion to Dismiss is GRANTED.

Issued at  Sacramento, CA  on  October 5, 2010  at  12:23 pm .

By _____
Lawrence K. Karlton
United States District Judge

Original - U.S. Marshal